THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Josey a/k/a Christopher Choice, Appellant.
 
 
 

Appeal From Sumter County
 George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-127
Submitted March 2, 2009  Filed March 5, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney Generarl John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; Solicitor C. Kelly Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM: 
 Christopher Josey appeals his guilty pleas and sentences for strong arm
 robbery, assault and battery of a high and aggravated nature, and first-degree
 burglary.   He argues the trial judge erred in imposing restitution which was
 not included as part of his negotiated sentence.  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
relieved.[1]
APPEAL
DISMISSED.
Short, Thomas, and Geathers, jj.,
concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.